Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  24−17157−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javier A. Alicea
   2 Gallant Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8972

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2024
JAN: km

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17157-CMG |
| Javier A. Alicea | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: 148 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier A. Alicea, 2 Gallant Lane, Willingboro, NJ 08046-3302 |
| 520334559 | + | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520334563 | | Real Time Resolutions, Po Box 6172, Rapid City, SD 57709 |
| 520334546 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520334548 | + | EDI: BANKAMER | Nov 07 2024 01:26:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520334547 | + | EDI: BANKAMER | Nov 07 2024 01:26:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520334549 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 06 2024 20:36:04 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520334550 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 06 2024 20:36:04 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520334551 | + | EDI: CAPITALONE.COM | Nov 07 2024 01:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520334552 | + | EDI: CAPITALONE.COM | Nov 07 2024 01:26:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520334554 | + | EDI: CITICORP | Nov 07 2024 01:26:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520334553 | + | EDI: CITICORP | Nov 07 2024 01:26:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520334556 | | Email/Text: consumers@fcsbpo.com | Nov 06 2024 20:36:00 | First Credit Services, 9 Wills Way, Piscataway, NJ 08854 |
| 520334555 | ^ | MEBN | Nov 06 2024 20:36:48 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 520334557 | + | EDI: PHINAMERI.COM | Nov 07 2024 01:26:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520334558 | | EDI: IRS.COM | Nov 07 2024 01:26:00 | Internal Revenue Service, Centralized Insolvency |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520334561 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 06 2024 20:36:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520334560 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 06 2024 20:36:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520403185 | | Email/Text: mtgbk@shellpointmtg.com | Nov 06 2024 20:36:00 | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 520334562 | + | Email/Text: bkdepartment@rtresolutions.com | Nov 06 2024 20:37:00 | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 520361190 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 06 2024 20:36:00 | State of New Jersey, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520334565 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 06 2024 20:36:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520334564 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 06 2024 20:36:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 520334567 | + | EDI: SYNC | Nov 07 2024 01:26:00 | Synchrony Bank/Sams, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520334566 | + | EDI: SYNC | Nov 07 2024 01:26:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com bkecf@padgettlawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | |

on behalf of Debtor Javier A. Alicea email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 4